

# Fourth Court of Appeals
## San Antonio, Texas

July 25, 2019

No. 04-19-00475-CV

**IN THE INTEREST OF G.E.T, A CHILD**,
Appellant

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-PA-00671
The Honorable Laura Salinas, Judge Presiding

## O R D E R

    Kristin Anderson's notification of late record is hereby GRANTED. The reporter's record is due on or before August 2, 2019.

_____
Rebeca C. Martinez, Justice

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of July, 2019.

_____
Keith E. Hottle,
Clerk of Court